**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Marilyn Carson, et al.
Plaintiff,
v.
Neopharm Inc, et al.
Defendant.

Case No.: 1:02−cv−02976
Honorable Joan H. Lefkow

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2011:

MINUTE entry before Honorable Joan H. Lefkow: Fairness hearing held on 3/17/2011. There being no objections, lead plaintiff's motion for final approval of settlement [230] is granted. Motion for attorney fees and expenses [230] has been worked out by agreement of the attorneys. Draft approval order to follow. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.